THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR BLAKE, Appellant.—Judgment, Supreme Court, Bronx County, rendered on November 24, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with

appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Appellant's *pro se* brief has been considered and it also raises no meritorious points. Concur—Kupferman, J. P., Lupiano, Lane and Sandler, JJ.